LORI J. GUALCO (Bar No. 95232)
Attorney at Law
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 442-6660
Facsimile: (916) 442-0145

Attorney for Defendants, Cross-Complainants,
Cross-Defendants, and Third-Party Plaintiffs
Peden Enterprises, John Peden, and Lorena Peden

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICO, CALIFORNIA, a California municipality; NORET, INC., a California corporation; GOLDIE OLSON, an individual; PEDEN ENTERPRISES, a California corporation; JOHN PEDEN, an individual; LORENA PEDEN, an individual; SUNSET VIEW CEMETARY ASSOCIATION, INC., a California corporation; NORVILLE R. WEISS, an individual; and JANET L. WEISS, an individual,<br><br>Defendants.<br>_____<br><br>AND RELATED CROSS-ACTIONS<br>_____ | CASE NO. **CIV.S-02-0442 LKK DAD**<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to Local Rule 83-182(g), Defendants, Cross-Complainants, Cross-Defendants, and Third-Party Plaintiffs JOHN PEDEN, LORENA PEDEN, and PEDEN ENTERPRISES ("PEDENS"), in the above-entitled action, hereby substitute Lori J. Gualco of the Law Office of Lori J. Gualco as attorney of record in the place and stead of K. Greg

1 | Peterson of The Law Offices of K. Greg Peterson.  The contact information for Ms. Gualco is as follows:

    Lori J. Gualco, Esq.
    455 Capitol Mall, Suite 210
    Sacramento, CA  95814
    (916) 442-6660
    (916) 442-0145
    ljgualco@gualcolaw.com

I consent to the above substitution.

DATED: _____, 2005                                   PEDEN ENTERPRISES

                                                     By:   /s/  John Peden
                                                       JOHN PEDEN
                                                     Its:   Vice President/Secretary

I consent to the above substitution.

DATED: _____, 2005                                   /s/ John Peden
                                                       JOHN PEDEN, an Individual

I consent to the above substitution.

DATED: _____, 2005                                   /s/  Lorena Peden
                                                       LORENA PEDEN, an Individual

I consent to the above substitution.

DATED: June 28, 2005                                   LAW OFFICE OF LORI J. GUALCO


                                                     By:   /s/  Lori J. Gualco
                                                       LORI J. GUALCO

                                                     Attorney for Defendants, Cross-Complainants, Cross-Defendants, and Third-Party Plaintiffs PEDEN ENTERPRISES, JOHN PEDEN, and LORENA PEDEN

/ / /

I consent to the above substitution.

DATED: June 28, 2005

LAW OFFICES OF K. GREG PETERSON

By:  /s/ K. Greg Peterson

K. GREG PETERSON

Attorney for Defendants, Cross-Complainants, Cross-Defendants, and Third-Party Plaintiffs
PEDEN ENTERPRISES, JOHN PEDEN, and LORENA PEDEN

**IT IS SO ORDERED.**

Dated:  July 12, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

- 3 –
**Substitution of Attorney** – DTSC v. City of Chico, Case No. CIV.S-02-0442 LKK DAD