```
 1  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
    A Professional Corporation
 2  2453 Grand Canal Boulevard, Second Floor
    Stockton, California 95207-8253
 3  Telephone (209) 477-3833
    JOSEPH A. SALAZAR, JR.
 4  CA State Bar No. 169551
    MICHAEL L. PHILLIPS
 5  CA State Bar No. 232978

 6  Attorneys for Defendants, Cross-Claimants,
    Cross-Defendants and Third-Party Plaintiffs,
 7  Peden Enterprises, John Peden and Lorena Peden

 8
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CHICO, a California municipality; NORET, INC. a California Corporation; GOLDIE OLSON, an individual; PEDEN ENTERPRISES, a California Corporation; JOHN PEDEN, an individual; SUNSET VIEW CEMETERY ASSOCIATION, INC., a California corporation; NORVILLE R. WEISS, an individual ; and JANET L. WEISS, an individual,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. S-02-0442 LKK DAD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED CROSS-CLAIM OF SUNSET VIEW CEMETERY ASSOCIATION, INC. and ORDER** |

WHEREAS Cross-Complainant, SUNSET VIEW CEMETERY ASSOCIATION, INC. ("Sunset") served its Second Amended Cross-Claim upon Defendants PEDEN ENTERPRISES, JOHN PEDEN, and LORENA PEDEN ("Peden"), on or about October 27, 2005.

WHEREAS, Sunset and Peden have not previously entered into a stipulation extending Peden's time to respond to the Second Amended Cross-Claim.

Page 1
Stipulation Extending Time To Respond

WHEREAS, Sunset and Peden have again agreed to an extension of time for Peden to respond to the Second Amended Cross-Claim to and including December 12, 2005.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, pursuant to Rule 6-144(a) of the Civil Local Rules of this Court, that the time for Peden to file and serve its response to the Second Amended Cross-Claim is extended to and including December 12, 2005.

SO STIPULATED:

DATED: November 17, 2005    **FITZGERALD ABBOTT & BEARDSLEY LLP**

s/J. Brittain Habegger
J. Brittain Habegger
Attorneys for Defendant, Cross-Complainant, and Cross-Defendant Sunset View Cemetery Association

DATED: November 17, 2005    **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

s/Joseph A. Salazar, Jr.
Joseph A. Salazar, Jr.
Attorneys for Defendants, Cross-Claimants,
Cross-Defendants and Third-Party Plaintiffs,
Peden Enterprises, John Peden and Lorena Peden

### ORDER

Based on the foregoing Stipulation, and good cause existing therefore, Peden shall file its responsive pleading to Sunset's Second Amended Cross-Claim on or before December 12, 2005.

DATED:_November 29, 2005    /s/Lawrence K. Karlton
LAWRENCE K. KARLTON.
UNITED STATES DISTRICT JUDGE