UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        NO. CIV. S-02-442 LKK/DAD

    Plaintiff,

  v.                     O R D E R

CITY OF CHICO, CALIFORNIA, et al.,

    Defendants.
_____/

    Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a)(1), the court hereby ORDERS that:

    1.  The third-party complaint of Noret, Inc., Norville R. Weiss and Janet L. Weiss for CERCLA Response Costs, Declaratory Relief, Indemnity and Contribution (filed on or about December 4, 2002, Document No. 42) is DISMISSED with prejudice, as to third-party defendant Genevieve Conley Revocable Trust, a Living Trust, each party to bear their own attorneys fees and costs;

////

1     2.   The counter-claim of Vern Lee and Lee & Lee, Chico Investments, Inc. for CERCLA Contribution, Declaratory Relief and Indemnity (filed on or about April 19, 2004, Document No. 238) is DISMISSED with prejudice, as to counter-defendants Genevieve Conley Revocable Trust, a Living Trust and James R. Culver, each party to bear their own attorneys fees and costs; and

      3.   The third-party complaint of Genevieve Conley Revocable Trust, a Living Trust, for CERCLA Response Costs, Declaratory Relief, Indemnity and Contribution (filed on or about March 12, 2003, Document No. 83) and the amended third-party complaint of Genevieve Conley Revocable Trust, a Living Trust, for CERCLA Response Costs, Declaratory Relief, Indemnity, Contribution, Breach of Written Contract-Express Indemnification and Waste (filed on or about August 29, 2003, Document No. 140) is DISMISSED with prejudice in its entirety, each party to bear their own attorneys fees and costs.

      IT IS SO ORDERED.

      DATED:  January 4, 2006.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT