1  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   JOSEPH A. SALAZAR, JR.
4  CA State Bar No. 169551
   MICHAEL L. PHILLIPS
5  CA State Bar No. 232978

6  Attorneys for Defendants, Cross-Claimants,
   Cross-Defendants and Third-Party Plaintiffs,
7  Peden Enterprises, John Peden and Lorena Peden

8

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 CALIFORNIA DEPARTMENT OF TOXIC ) CASE NO. S-02-0442 LKK DAD
   SUBSTANCES CONTROL,           )
12                               ) SUBSTITUTION OF COUNSEL
              Plaintiff,         )
13                               )
       v.                        )
14                               )
   CITY OF CHICO, a California   )
15 municipality, NORET, INC. a California )
   Corporation; GOLDIE OLSON, an )
16 individual; PEDEN ENTERPRISES, a )
   California Corporation; JOHN PEDEN, an )
17 individual; SUNSET VIEW CEMETERY )
   ASSOCIATION, INC., a California )
18 corporation; NORVILLE R. WEISS, an )
   individual ; and JANET L. WEISS, an )
19 individual,                   )
                                 )
20            Defendants.        )
                                 )
21 AND RELATED CROSS-ACTIONS     )

22 _____

   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
23
       PLEASE TAKE NOTICE that pursuant to Local Rule 83-182(g), Lori J. Gualco, Esq. of
24
   the law offices of Lori J. Gualco, Esq., hereby withdraws as counsel for Defendants, Cross-
25
   Claimants, Cross-Defendants and Third-Party Plaintiffs, Peden Enterprises, John Peden and
26
   Lorena Peden and substitutes Joseph A. Salazar, Jr. Esq., of the law firm Mayall, Hurley,
27
   Knutsen, Smith & Green, Attorneys at Law as counsel.
28

Page 1
Notice of Substitution of Counsel

The office address and telephone number of such substituted counsel are:

Joseph A. Salazar, Jr. Esq. (SBN 169551)
Michael L. Phillips, Esq. (SBN 232978)
Mayall, Hurley, Knutsen, Smith & Green
2453 Grand Canal Blvd.
Stockton, CA 95207
Telephone: (209)477-3833
Facsimile: (209)473-4818
e-mail: jsalazar@mayallaw.com
mphillips@mayallaw.com

DATED: February 21, 2006          **LAW OFFICE OF LORI J. GUALCO**

By___ s/Lori J. Gualco_____
Lori J. Gualco, Attorneys for
Defendants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs, PEDEN ENTERPRISES, JOHN PEDEN and LORENA PEDEN

DATED: February 21, 2006          **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

By___ s/Joseph A. Salazar, Jr._____
JOSEPH A. SALAZAR, JR., Attorneys for
Defendants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs, PEDEN ENTERPRISES, JOHN PEDEN and LORENA PEDEN

DATED: February 21, 2006

By___ s/John Peden_____
Defendants, Cross-Claimants, Cross-Defendants and Third-Party Plaintiffs, PEDEN ENTERPRISES and JOHN PEDEN

DATED: February 21, 2006

By___ s/Lorena Peden_____
Defendant, Cross-Claimant, Cross-Defendant and Third-Party Plaintiff, LORENA PEDEN

Page 2
Notice of Substitution of Counsel

1  IT IS SO ORDERED, that Joseph A. Salazar Jr. be and is hereby substituted for Lori J. Gualco as
2  the attorney of record for PEDEN ENTERPRISES, JOHN PEDEN and LORENA PEDEN.

Dated: 2/27/06                            _____
                                          HONORABLE LAWRENCE K. KARLTON

Page 3
Notice of Substitution of Counsel