PHILIP B. PRICE, SBN 32620
PRICE & BROWN
Attorneys at Law
466 Vallombrosa Avenue
P. O. Box 1420
Chico, California 95927
Telephone: (530) 343-4412
FAX: (530) 343-7251

Attorneys for Chico Memorial Mausoleum
Association and Mary Ann Mabrey

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPT. OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICO, et al,<br><br>Defendants.<br>_____<br>AND RELATED CROSS ACTIONS.<br>_____ | Case No. CIV. S-02-442 LLK DAD<br><br>STIPULATION FOR DISMISSAL<br>[Rule 41(a)(1)] |

Pursuant to Rule 4(a)(1) of the Federal Rules of Civil Procedure the following third party complaints, counter claim and cross-complaints are dismissed, with prejudice, and with each party to bear his/hers/its own costs, litigation expenses and attorney's fees:

1. The Third Party Complaint filed on January 10, 2003 by Peden Enterprises, John Peden and Lorena Peden against Newton-Bracewell, Inc., being document #55.

2. The Third Party Complaint filed February 25, 2004 by Newton-Bracewell, Inc.

1

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS

naming Mary Ann Mabrey, Chico Memorial Mausoleum Association, Verne Lee and Lee & Lee Chico Investment, Inc. as a third party defendants, being document #218.

3. The Cross-Claim by Mary Ann Mabrey and Chico Memorial Mausoleum Association naming Verne Lee and Lee & Lee Chico Investment, Inc. as cross-defendants which is contained in the Answer of Mary Ann Mabrey and Chico Memorial Mausoleum Association, filed May 3, 2004, to Third Party Plaintiff's (Newton-Bracewell, Inc.) Third Party Complaint (#2 above), being document #240.

4. The Counter-Claim by Verne Lee and Lee & Lee Chico Investment, Inc. naming Newton-Bracewell, Inc., Peden Enterprises, John Peden, Lorena Peden, and others as counter-defendants which is contained in the Answer of Verne Lee and Lee & Lee Chico Investment, Inc., filed April 19, 2004, to Third Party Plaintiff's (Newton-Bracewell, Inc.) Third Party Complaint (#2 above), being document #238.

5. The Cross-Claim by Verne Lee and Lee & Lee Chico Investment, Inc. naming Mary Ann Mabrey and Chico Memorial Mausoleum Association as cross-defendants which is contained in the Answer of Verne Lee and Lee & Lee Chico Investment, Inc., filed April 19, 2004, to Third Party Plaintiff's (Newton-Bracewell, Inc.) Third Party Complaint (#2 above), being document #238.

6. The Cross-Claim by Peden Enterprises, John Peden and Lorena Peden naming Mary Ann Mabrey, Chico Memorial Mausoleum Association, Verne Lee and Lee & Lee Chico Investment, Inc. as cross-defendants which is contained in the Answer of Peden Enterprises, John Peden and Lorena Peden, filed May 7, 2004, to Counter-Claims of Verne Lee and Lee & Lee Chico Investment, Inc. (#4 above), being document #244.

7. The Counter-Claim by Anna L. Shilling and Robert B. Shilling naming Verne Lee and Lee & Lee Chico Investments, Inc. As counter-defendants which is contained in the Answer of Anna L. Shilling and Robert B. Shilling to Counter-Claims of Verne Lee and Lee & Lee Chico Investments, Inc. (#4 above), filed May 10, 2004, being document #247.

Date: Dec. 5, 2005

LAW OFFICE OF LORI J. GUALCO

By _____
LORI J. GUALCO
Attorneys for Peden Enterprises,
John Peden, Lorena Peden

Date: Dec. 5, 2005

STOEL RIVES LLP

By _____
LEE N. SMITH
Attorneys for Newton-Bracewell, Inc.

Date: Dec. 5, 2005

REYNOLDS LAW GROUP

By _____
PHILLIP J. MADDUX
Attorneys for Verne Lee and Lee &
Lee Chico Investment, Inc.

Date: Dec. 5, 2005

PRICE & BROWN

By _____
PHILIP B. PRICE
Attorneys for Chico
Memorial Mausoleum and
Mary Ann Mabrey

3

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS

| | | |
|---|---|---|
| 1 | Date: November 29, 2005 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By /s/ Merswind C. Reyer |
| 4 | | MERSWIND C. REYER<br>Attorneys for Anna L. Shilling and<br>Robert b. Shilling |
| 5 | | |
| 6 | Date: ~~November~~ Dec. 5, 2005 | RESOLUTION LAW GROUP, P.C. |
| 7 | | |
| 8 | | By /s/ David Rabbino |
| 9 | | DAVID RABBINO<br>Attorneys for Noret, Inc., Norville<br>Weiss and Janet Weiss |
| 10 | | |
| 11 | | |
| 12 | Date: November ___, 2005 | GOLDSBERRY, FREEMAN &<br>SWANSON, LLP |
| 13 | | |
| 14 | | (See attached page) |
| 15 | | By _____ |
| 16 | | FRANCIS M. GOLDSBERRY<br>Attorneys for City of Chico |
| 17 | | |
| 18 | Dec 5 | |
| 19 | Date: ~~November~~ ___, 2005 | LAW OFFICES OF PATRICK D. RIDDLE |
| 20 | | |
| 21 | | By /s/ Paul D. Sheldon |
| 22 | | PAUL SHELDON<br>Attorneys for California Water Service<br>Company |
| 23 | | |

4

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS

| | | |
|---|---|---|
| 1 | Date: November ____, 2005 | MUSSACCHIO & MONTANARI |
| 2 | | |
| 3 | | (See attached page) |
| | | By _____ |
| 4 | | R. ERNEST MONTANARI |
| | | Attorneys for Conley Revocable Trust |
| 5 | Date: ~~November~~ DEC 5, 2005 | |
| 6 | | FITZGERALD, ABBOT & BEARDSLEY |

By _____/s/ J. Brittain Habegger_____
J. BRITTAIN HABEGGER
Attorneys for Sunset View Cemetery Association, Inc.

Date: November ____, 2005

LAW OFFICES OF RICHARD L. CRABTREE

(See attached page)

By _____
RICHARD L. CRABTREE
Attorneys for Chico Unified School District

Date: November ____, 2005

SHUTTLEWORTH & McDONNELL

(See attached page)

By _____
THOMAS J. McDONNELL
Attorneys for James Culver

5

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS

```
                              By _____
                                 MERSWIND C. REYER
                                 Attorneys for Anna L. Shilling and
                                 Robert b. Shilling


Date: November ___, 2005         RESOLUTION LAW GROUP, P.C.


                              By _____
                                 DAVID RABBINO
                                 Attorneys for Noret, Inc., Norville
                                 Weiss and Janet Weiss


Date: November ___, 2005         GOLDSBERRY, FREEMAN &
      February 16, 2006          SWANSON, LLP


                              By _____
                                 FRANCIS M. GOLDSBERRY
                                 Attorneys for City of Chico


Date: November ___, 2005         LAW OFFICES OF PATRICK D.
                                 RIDDLE


                              By _____
                                 PAUL SHELDON
                                 Attorneys for California Water Service
                                 Company


Date: November ___, 2005         MUSSACCHIO & MONTANARI
```

4

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS

|     |                              |                                                                                           |
| --- | ---------------------------- | ----------------------------------------------------------------------------------------- |
| 1   |                              | Memorial Mausoleum and                                                                    |
| 2   |                              | Mary Ann Mabrey                                                                           |
| 3   |                              |                                                                                           |
| 4   | Date: October ___, 2005      | DOWNEY BRAND LLP                                                                          |
| 5   |                              |                                                                                           |
| 6   |                              | By _____                                                               |
| 7   |                              | MERSWIND C. REYER<br>Attorneys for Anna L. Shilling and<br>Robert b. Shilling             |
| 8   |                              |                                                                                           |
| 9   | Date: October ___, 2005      | RESOLUTION LAW GROUP, P.C.                                                                |
| 10  |                              |                                                                                           |
| 11  |                              | By _____                                                               |
| 12  |                              | DAVID RABBINO<br>Attorneys for Noret, Inc., Norville<br>Weiss and Janet Weiss             |
| 13  |                              |                                                                                           |
| 14  | Date: October ___, 2005      | GOLDSBERRY, FREEMAN & SWANSON, LLP                                                        |
| 15  |                              |                                                                                           |
| 16  |                              |                                                                                           |
| 17  |                              | By _____<br>FRANCIS M. GOLDSBERRY<br>Attorneys for City of Chico       |
| 18  |                              |                                                                                           |
| 19  | Date: October ___, 2005      | LAW OFFICES OF PATRICK D. RIDDLE                                                          |
| 20  |                              |                                                                                           |
| 21  |                              |                                                                                           |
| 22  |                              | By _____                                                               |
| 23  |                              | PAUL SHELDON<br>Attorneys for California Water Service Company                            |
| 24  | Date: ~~October~~ December 7, 2005 | MUSSACCHIO & MONTANARI                                                              |
| 25  |                              |                                                                                           |
| 26  |                              | By /s/ [signature]                                                                        |
| 27  |                              |                                                                                           |
| 28  |                              | 4                                                                                         |

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS

|   |   |   |
|---|---|---|
| 1 |   | R. ERNEST MONTANARI |
| 2 |   | Attorneys for Conley Revocable Trust |
| 3 | Date: October ____, 2005 | FITZGERALD, ABBOT & BEARDSLEY |

By _____
J. BRITTAIN HABEGGER
Attorneys for Sunset View Cemetery Association, Inc.

Date: October ____, 2005      LAW OFFICES OF RICHARD L. CRABTREE

By _____
RICHARD L. CRABTREE
Attorneys for Chico Unified School District

Date: October ____, 2005      SHUTTLEWORTH & McDONNELL
       12.12.05

By _____
THOMAS J. McDONNELL
Attorneys for James Culver

5

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS

|  |  |
|---|---|
|  | R. ERNEST MONTANARI<br>Attorneys for Conley Revocable Trust |
| Date: October ____, 2005 | FITZGERALD, ABBOT & BEARDSLEY |
|  | By _____<br>J. BRITTAIN HABEGGER<br>Attorneys for Sunset View Cemetery Association, Inc. |
| Date: ~~October~~ February 9, 200~~5~~6 | LAW OFFICES OF RICHARD L. CRABTREE<br><br>By _____<br>RICHARD L. CRABTREE<br>Attorneys for Chico Unified School District |
| Date: October ____, 2005 | SHUTTLEWORTH & McDONNELL<br><br>By _____<br>THOMAS J. McDONNELL<br>Attorneys for James Culver |

IT IS SO ORDERED.

DATED: March 10, 2006.

_____
Lawrence K. Karlton
Senior Judge
U.S. District Court

5

STIPULATION FOR DISMISSAL FUNERAL HOME PLEADINGS