UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        NO. CIV. S-02-442 LKK/DAD

    Plaintiff,

  v.                                             O R D E R

CITY OF CHICO, CALIFORNIA, et al.,

    Defendants.
_____/

    The court requests that the remaining parties in the above-captioned case file a joint status report detailing the current status of the litigation. The parties should specify which claims, cross- and counter-claims remain for adjudication. The joint status report shall be filed no later than April 17, 2006.

    IT IS SO ORDERED.

    DATED: March 27, 2006.

                                      /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT