BILL LOCKYER
Attorney General of the State of California
TOM GREENE
Chief Assistant Attorney General
THEODORA BERGER
Senior Assistant Attorney General
REED SATO
ROSE B. FUA
TIMOTHY E. SULLIVAN, State Bar No. 197054
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-4038
 Fax:  (510) 622-2270

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF CHICO, CALIFORNIA, et al.,**<br><br>Defendants. | CASE NO. Civ.S-02-0442 LKK DAD<br><br>**ORDER RE: EXPERT DISCLOSURES** |

At the December 5, 2005, Status Conference, the Court issued a 90-day stay of litigation and ordered various new litigation deadlines.  Those new deadlines were memorialized in the Court's December 9, 2005, Amended Minutes, with the exception of the deadline for expert disclosures, which was not listed.

Counsel for the parties have discussed this matter by conference call and determined that various counsel had recorded in their notes of the December 5, 2005, Status Conference that the Court ordered expert disclosures to take place on July 21, 2006.

To avoid any misunderstanding in the future, the parties have authorized DTSC to request

that the Court use this proposed order to memorialize July 21, 2006, as the date for expert disclosures.

Dated: April 4, 2006                                        Respectfully submitted,

                                             BILL LOCKYER
                                             Attorney General of the State of California
                                             TOM GREENE
                                             Chief Assistant Attorney General
                                             THEODORA BERGER
                                             Senior Assistant Attorney General
                                             REED SATO
                                             ROSE B. FUA
                                             Deputy Attorneys General

                                             _/s/ Timothy E. Sullivan_____
                                             TIMOTHY E. SULLIVAN
                                             Deputy Attorney General

                                             Attorneys for California Department of Toxic Substances Control

Order:

Expert disclosures are to take place on July 21, 2006.

**IT IS SO ORDERED**.

DATED: April 13, 2006.
                                             /s/Lawrence K. Karlton_____
                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT