FILED

MAY - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        NO. CIV. S-02-442 LKK/DAD

    Plaintiff,

  v.                              O R D E R

CITY OF CHICO, CALIFORNIA, et al.,

    Defendants.
_____/

    The court is in receipt of a document entitled "Special Master's Case Management Order," which the court treats as a Report of the Special Master. Good cause appearing, the schedule set forth therein is hereby ADOPTED and ORDERED by the court.

    IT IS SO ORDERED.

    DATED: May 8, 2006.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT