UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        NO. CIV. S-02-442 LKK/DAD

    Plaintiff,

  v.                       O R D E R

CITY OF CHICO, CALIFORNIA, et al.,

    Defendants.
                                /

The court has been informed that the parties are approaching settlement in the above-captioned case. Accordingly, the court hereby VACATES all dates and the following dates are SET:

    a.  Exchange and filing of expert reports: January 22, 2007;

    b.  Discovery cut off: March 27, 2007;[1]

    c.  Law and Motion cut off: May 22, 2007;

---

[1] The parties are reminded that motions to compel must be noticed pursuant to the local rules of this court and heard not later than February 27, 2007.

1

     d.   Daubert hearing:  June 14, 2007 at 10:00 a.m.;

     e.   Pretrial Conference:  September 10, 2007 at 1:30 p.m.

     f.   Trial: January 8, 2008 at 10:30 a.m.[2]

The court further ORDERS that:

    1.   All discovery, including discovery motions, are STAYED.

    2.   A further Status Conference is SET for September 18, 2006 at 3:00 p.m.[3]

    IT IS SO ORDERED.

    DATED: May 26, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] The parties have previously represented in good faith to the court that the trial will last more than thirty (30) days, which the court now sets as its proposed limit.  The matter will be further considered at the pretrial conference.

[3] The Status Conference shall determine the progress of the Flair settlement.  If, at that point, it has not been consummated, the court shall reopen discovery.

2