LEE N. SMITH (SB #138071)
STACY E. GILLESPIE (SB #220928)
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Third Party Defendant/Third Party
Plaintiff NEWTON-BRACEWELL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICO, CALIFORNIA, a California municipality; et al.<br><br>Defendants. | CASE NO. CIV. S-02-0442 LKK DAD<br><br>**STIPULATION FOR DISMISSAL**<br>[FRCP Rule 41(a)(1), (2)] |
| AND RELATED CROSS-ACTIONS | |

This stipulation is intended to correct a prior stipulation and order (Doc #347) that was drafted to dismiss certain parties from the actions.

Third party Defendant Newton-Bracewell was originally brought into this matter by an amended third party complaint filed by Peden Enterprises (First Amended Third Party Complaint (Doc # 141)). Newton-Bracewell in turn filed a third party complaint against related parties ( Lee and Mabrey (Doc #77)) as well as counter-claims (Doc # 200) and cross claims (Doc #201) against Peden Enterprises, City of Chico, Noret, Inc., Norville and Janet Weiss, Goldie Olsen, Sunset View Cemetery, and Chico Unified School District.

In March of 2006, by stipulation some of the third party complaints and most counter-claims were dismissed. (See attachment Ex. A). However, Newton-Bracewell's cross-claims and

-1-

PDF created with pdfFactory trial version www.pdffactory.com

counter-claim against Peden Enterprises were inadvertently omitted from the stipulation, and the stipulation's referenced Peden's Third Party Complaint (Doc #55) rather than the Amended Third Party Complaint (Doc #141), in which Newton-Bracewell was named, which has also confused the matter.

This stipulation is intended to correct any inaccuracies and omissions in the prior stipulation.

Pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure Newton-Bracewell and the cross-defendants' submit this stipulation to allow dismissal of Peden's Amended Third Party Complaint against Newton-Bracewell with prejudice and the cross-claims and counter-claims against other parties by Newton-Bracewell with prejudice; each party to bear their own costs, litigation expenses, and attorney fees:

The parties stipulate that:

1) Newton-Bracewell's cross-claim's (Doc #201) against City of Chico, Noret, Inc., Norville and Janet Weiss, Goldie Olsen, Sunset View Cemetery, and Chico Unified School District, and any counter-claim thereto, and the counter-claim against Peden Enterprises (Doc # 200) by Newton-Bracewell are to be dismissed with prejudice.

2) Peden Enterprises, John and Lorena Peden's First Amended Complaint (Doc #141) is dismissed with prejudice as to Newton-Bracewell, Inc.

DATED: October 9, 2006.                    STOEL RIVES LLP


By:/s/_____
   LEE N. SMITH
   Attorneys for Third Party Defendant/
   Third Party Plaintiff
   NEWTON-BRACEWELL, INC.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-

STIPULATION FOR DISMISSAL   CASE NO. CIV. S-02-0442 LKK DAD

Portlnd3-1564350.3 0060584-00001

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: October _9___, 2006. | MAYALL, HURLEY, KNUTSEN, SMITH, & GREEN |

By:/s/
JOSEPH A. SALAZAR, JR.
Defendants/Cross-Complainants/Cross-Defendants/ and Third Party Plaintiffs PEDEN ENTERPRISES, JOHN PEDEN and LORENA PEDEN

DATED: October _10___, 2006.   RESOLUTION LAW GROUP, P.C.

By:/s/
PHILLIP C. HUNSUCKER
Defendants NORET, INC., NORVILLE WEISS and JANET WEISS

DATED: October _9__, 2006.   FITZGERALD ABBOTT & BEARDSLEY

By:/s/
PAUL S. KIBEL
Defendant SUNSET VIEW CEMETERY ASSOCIATION, INC.

DATED: October _9__, 2006.   GOLDSBERRY, FREEMAN & GUZMAN LLP

By:/s/
FRANCIS M. GOLDSBERRY
Defendant CITY OF CHICO

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: October _9__, 2006.          LAW OFFICES OF RICHARD CRABTREE
2

3
                                      By:/s/
4                                        RICHARD L. CRABTREE
                                         Cross-Defendant CHICO UNIFIED
5                                        SCHOOL DISTRICT

6

7

8

9

10  IT IS SO ORDERED.

11

12  Dated : October 12, 2006

13

14
                                      
15                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
16                                    UNITED STATES DISTRICT COURT

-4-

STIPULATION FOR DISMISSAL  CASE NO. CIV. S-02-0442 LKK DAD

PDF created with pdfFactory trial version www.pdffactory.com