DOWNEY BRAND LLP
STEVEN H. GOLDBERG (BAR NO. 140039)
ROBERT P. SORAN (BAR NO. 169577)
AMILIA SANDERS (BAR NO. 222782)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Third-Party Defendants
ANNA L. SHILLING and ROBERT B. SHILLING


RESOLUTION LAW GROUP
DAVID A. RABBINO (BAR NO. 182291)
3717 Mt. Diablo Boulevard, Suite 200
Lafayette, CA  94549-3589
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

Attorneys for Third-Party Plaintiffs
NORET, INC., NORVILLE R. WEISS, and
JANET L. WEISS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICO, CALIFORNIA, *et al.*,<br><br>Defendants. | Case No.  CV 02-0442 LKK DAD<br><br>**ORDER GRANTING THIRD-PARTY PLAINTIFFS NORET, INC.', NORVILLE R. WEISS AND JANET L. WEISS AND THIRD-PARTY DEFENDANTS ANNA L. SHILLING AND ROBERT B. SHILLING'S JOINT MOTION FOR SETTLEMENT APPROVAL AND GOOD FAITH DETERMINATION**<br><br>Hearing Date:    January 16, 2007<br>Time:                 10:00 a.m.<br>Place:                Courtroom 4<br>Judge: Honorable Lawrence K. Karlton<br><br>Pretrial Conference: September 10, 2007<br>Trial Date:             January 8, 2008 |

1

[PROPOSED] ORDER GRANTING JOINT MOTION FOR GOOD FAITH SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | NORET, INC., *et al.*, |
| 2 | Third-Party Plaintiffs, |
| 3 | v. |
| 4 | GENEVIEVE CONLEY REVOCABLE TRUST, *et al.*, |
| 5 | |
| 6 | Third-Party Defendants. |

Third-Party Plaintiffs NORET, INC., NORVILLE R. WEISS and JANET L. WEISS and Third-Party Defendants ANNA L. SHILLING's and ROBERT B. SHILLING's (collectively, the "MOVING PARTIES") Joint Motion for Settlement Approval and Good Faith Settlement Determination ("Joint Motion") was considered by this Court. After considering the moving papers, any responses thereto, and the record as a whole, the Court finds that the settlement agreement between Third-Party Plaintiffs NORET, INC., JANET L. WEISS, and NORVILLE R. WEISS (collectively, "NORET") and Third-Party Defendants ANNA L. SHILLING and ROBERT B. SHILLING (collectively, the "SHILLINGS") set forth in the Settlement Agreement and Release ("Settlement Agreement") attached as Exhibit "A" to the Declaration of Robert P. Soran submitted in support of the Joint Motion was made in good faith and is fair, reasonable, and consistent with the purposes of the Comprehensive Environmental, Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601 *et seq*.

The matter having been briefed, argued, and submitted for decision, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED, and IT IS FURTHER ORDERED that:

1. Section 6 of the Uniform Comparative Fault Act ("UCFA"), 12 U.L.A. 147 (1996), in pertinent part, is hereby adopted as the federal common law in this case for the purposes of determining the legal effect of the Settlement Agreement.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

2. The Court further finds and determines that the parties entered into the Settlement Agreement in good faith within the meaning of California Code of Civil Procedure section 877.6.

3. Pursuant to Section 6 of UCFA and California Code of Civil Procedure section 877.6, any and all claims for contribution or indemnity by nonsettlors against the SHILLINGS arising out of the facts alleged in the Third-Party Complaint filed by NORET and as further identified and provided for in the Settlement Agreement, the terms of which are incorporated herein, regardless of when such claims are asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA or any other federal or state law.

4. NORET's claims against the SHILLINGS in this matter are hereby dismissed with prejudice.

5. SHILLINGS' counterclaims against NORET in this matter are hereby dismissed with prejudice.

6. All claims, including direct claims, cross-claims, counter-claims, or third-party claims asserted by any party against the SHILLINGS are hereby dismissed with prejudice.

DATED: January 17, 2007

791204.1

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

[PROPOSED] ORDER GRANTING JOINT MOTION FOR GOOD FAITH SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com