UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        Plaintiff,

   v.

CITY OF CHICO, CALIFORNIA,
et al.,

        Defendants.

_____/

NO. CIV. S-02-442 LKK/DAD

O R D E R

    The court is informed by the Special Master in the above captioned case that settlement negotiations are underway and that motions to approve the settlement will be filed shortly. Accordingly, the court orders as follows:

    1.   All previously set dates are hereby VACATED.

    2.   A status conference is hereby SET for June 25, 2007 at 3:00 p.m in Courtroom 4. The parties are requested to

////

////

1

1         file status reports.
2    IT IS SO ORDERED.
3    DATED: March 23, 2007.
4
5
6                              /s/ Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT

2