UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF<br>TOXIC SUBSTANCES CONTROL,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CHICO, CALIFORNIA,<br>et al.,<br><br>        Defendants.<br>_____/ | NO. CIV. S-02-442 LKK/DAD<br><br><br><br><u>O R D E R</u> |

A status conference was held in the above captioned case on June 25, 2007. Counsel for plaintiff, California Department of Toxic Substances Control, informed the court that the parties were moving towards final resolution of the case. The City of Chico appears to be the sole remaining defendant and that settlement is hindered by disputes between the city and its insurers. For these reasons, the court orders as follows:

    1.   A settlement conference between the city and its insurers is hereby SET before the Honorable Dale A.

1

1       Drozd on July 30, 2007 at 10:00 a.m. The parties shall
2       submit their settlement conference statements one week
3       prior to the settlement conference.
4       Failing settlement, the court will set the matter for
5       trial.  In the interim, the case shall continue to be
6       stayed.
7    IT IS SO ORDERED.
8    DATED: June 29, 2007.

                     _____
                     LAWRENCE K. KARLTON
                     SENIOR JUDGE
                     UNITED STATES DISTRICT COURT

2