UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

          NO. CIV. S-02-442 LKK/DAD

    Plaintiff,

  v.                       O R D E R

CITY OF CHICO, CALIFORNIA,
et al.,

    Defendants.
_____/

    The court is in receipt of the motion for approval and entry of consent decree (Doc. No. 433). No oppositions have been filed. Good cause shown, the motion is GRANTED.

    IT IS SO ORDERED.

    DATED: January 7, 2008.

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

1