1  FRANCIS M. GOLDSBERRY II, SBN: 63737
   FRANCIS M. GOLDSBERRY III, SBN: 178739
2  ALAN M. STEINBERG, SBN: 181787
   GOLDSBERRY, FREEMAN & GUZMAN, LLP
3  777 12th Street, Suite 250
   Sacramento, CA 95814
4  Telephone: (916) 448-0448
   Facsimile:  (916) 448-8628
5
   LORI J. BARKER, SBN: 131707
6  OFFICE OF THE CITY ATTORNEY
   CITY OF CHICO
7  Post Office Box 3420
   Chico, CA 95927
8  Telephone: (530) 896-7600
   Facsimile:  (530) 895-4780
9
   Attorneys for Defendant CITY OF CHICO

10

11                  UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14

15  CALIFORNIA DEPARTMENT OF TOXIC      )   NO.:   Civ.S-02-0442 LKK DAD
    SUBSTANCES CONTROL,                 )
                                        )   **ORDER DISMISSING PENDING**
16                 Plaintiff,           )   **CROSS CLAIMS**
                                        )
17       v.                             )
                                        )
18  CITY OF CHICO, CALIFORNIA, et al.,  )
                                        )
19                 Defendants.          )
    _____ )
20                                      )
    AND RELATED CROSS-ACTIONS.          )
21  _____ )

22       Pursuant to the stipulation of the parties, the following pending cross claims are

23  dismissed with prejudice.  Each party shall bear its own costs and fees.

24       **CITY OF CHICO:**

25       The City of Chico has cross claims pending against:

26            Noret, Inc.

27            Norville R. Weiss

28            Janet L. Weiss

**[Proposed] Order Dismissing
PendingCross Claims**                    1

1    Goldie Olson

2    Peden Enterprises

3    John Peden

4    Lorena Peden

5    Sunset View Cemetery Association

6    **NORET, INC., NORVILLE R. WEISS, JANET L. WEISS:**

7    Noret, Inc., Norville R. Weiss, Janet L. Weiss have cross claims pending against:

8    City of Chico

9    Goldie Olson

10   Peden Enterprises

11   John Peden

12   Lorena Peden

13   Sunset View Cemetery Association

14   **PEDEN ENTERPRISES, JOHN PEDEN, LORENA PEDEN:**

15   Peden Enterprises, John Peden, and Lorena Peden  have cross claims pending against:

16   Noret, Inc.

17   Norville R. Weiss

18   Janet L. Weiss

19   Goldie Olson

20   City of Chico

21   Sunset View Cemetery Association

22   **SUNSET VIEW CEMETERY ASSOCIATION, INC.:**

23   Sunset View Cemetery Association, Inc. has cross claims pending against:

24   Noret, Inc.

25   Norville R. Weiss

26   Janet L. Weiss

27   Goldie Olson

28   Peden Enterprises

1    John Peden

2    Lorena Peden

3    City of Chico

4    California Water Service Company

5    **CALIFORNIA WATER SERVICE COMPANY:**

6    Noret, Inc.

7    Norville R. Weiss

8    Janet L. Weiss

9    Goldie Olson

10   Peden Enterprises

11   John Peden

12   Lorena Peden

13   Sunset View Cemetery Association

14   IT IS SO ORDERED.

15   DATED:  April 25, 2008

16

17

18   LAWRENCE K. KARLTON
     SENIOR JUDGE

19   UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28