UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        Plaintiff,

   v.

CITY OF CHICO, CALIFORNIA,
et al.,

        Defendants.
_____/

NO. CIV. S-02-442 LKK/DAD

O R D E R

    There have been no filings in this case since May 29, 2008. It appears to the court that this case may be closed. Any remaining parties who object to the closure of this case shall inform the court no later than twenty-one (21) days from the date of this order.

    IT IS SO ORDERED.

    DATED: August 31, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT